SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MICHAEL HARRIS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HARRIS,<br>Plaintiff,<br>vs.<br>DOUG RUFF CORPORATION; AMERICASIA INVESTMENT LLC; and DOES 1 to 10,<br>Defendants. | **Case No.: 2:25-cv-01506-JAK (PVCx)**<br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br>Date: August 4, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10C<br>Honorable Judge John A. Kronstadt |

To Defendants DOUG RUFF CORPORATION; AMERICASIA INVESTMENT LLC; and the attorneys of record, if any: Please take notice that on August 4, 2025, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff MICHAEL HARRIS will present Plaintiff's motion for default judgment against Defendants DOUG RUFF CORPORATION and AMERICASIA INVESTMENT LLC. The Clerk has previously entered the default on said Defendants on May 27, 2025 (Dkt. #16).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants DOUG RUFF CORPORATION and AMERICASIA INVESTMENT LLC are not minors, incompetent persons, or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants DOUG RUFF CORPORATION and AMERICASIA INVESTMENT LLC have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,155.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 1000 Las Lomas Rd., Duarte, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants DOUG RUFF CORPORATION and AMERICASIA INVESTMENT LLC on June 30, 2025 by first class United States Mail, postage prepaid.

Dated: June 30, 2025 **SO. CAL. EQUAL ACCESS GROUP**

By: _*/s/ Jason J. Kim*_______________
Jason J. Kim, Esq.
Attorneys for Plaintiff