# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. LA CV25-01506-JAK-PVC          Date November 16, 2025

Title: Michael Harris v. Doug Ruff Corporation, et al.

Present: The Honorable John A. Kronstadt

|                T. Jackson                |                None                 |
|:----------------------------------------:|:-----------------------------------:|
|              Deputy Clerk                |       Court Reporter / Recorder     |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None                                             None

Proceedings:     ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated October 27, 2025          .

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐  Other _____

☐  Entered _____ .

Initials of Preparer _____TJ_____

CV-74 (10/08)                    CIVIL MINUTES -REOPENING/CLOSING